**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR47** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ANTOINE L. HATTEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court with respect to a potential reduction in sentence under 18 U.S.C. § 3582(c)(2) (Filing No. 111). Defense counsel has been appointed but has not yet entered an appearance (Filing No. 112). The probation office has prepared a worksheet recommending a reduction. No motion for sentencing reduction has been filed.

IT IS ORDERED:

1. The parties must file a stipulation or separate briefs stating their positions on or before April 16, 2012; and

2. Absent any action by the parties, the Court will act on its own motion.

DATED this 16th day of March, 2012.

BY THE COURT:

S/Laurie Smith Camp
Chief United States District Judge